STATE of Missouri, Respondent,

v.

Johnny E. SMITH, Appellant.

No. 70125.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 18, 1997.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Johnny E. Smith, appeals the judgment of conviction entered by the Circuit Court of Cape Girardeau County after a jury found him guilty of one count of possession of a controlled substance, RSMo § 195.202 (1994). We affirm.

We have reviewed the briefs of the parties and the legal files and find the judgment of the trial court is supported by substantial evidence, is not against the weight of the evidence, and no error of law appears. As an extended opinion would serve no jurispru-

dential purpose, we affirm the judgment pursuant to Rule 30.25(b).